NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE TIMOTHY S. OWENS,
SHEILA M. KELLY, ROBERT M. LYNCH, IV,
JASON C. CAMPBELL, AND PHILIP E. HAGUE

2012-1261
(Serial No. 29/253,172)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## O R D E R

The appellants move without opposition for a 35-day extension of time, until October 15, 2012, to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 1 0 2012
———————————
Date

/s/ Jan Horbaly
———————————
Jan Horbaly
Clerk

cc:  Perry J. Saidman, Esq.
     Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2012

JAN HORBALY
CLERK